FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   Case No.: 94-593 JVS
                          )
            Plaintiff,    )   ORDER OF DETENTION AFTER
                          )   HEARING
     vs.                  )   [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.
                          )   § 3143(a)]
Holmes, Paul Edward       )
                          )
            Defendant.    )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___Backyrd cmty ties unknown; bail resources unknown; assoc w/multiple personal identifiers; parole violation___

1 | history

2 |

3 | and/or

4 | B.  (X) The defendant has not met his/her burden of establishing by clear and
5 | convincing evidence that he/she is not likely to pose a danger to the safety of any
6 | other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7 | finding is based on __Extensive crim history record,_
8 | __incl prior convs and arrests for narcotics offenses_
9 | __and offenses involving violence;_
10 | __nature of the allegations; parole_
11 | __violation history_

12 |

13 | IT THEREFORE IS ORDERED that the defendant be detained pending further
14 | revocation proceedings.

16 | DATED: __7/28/10__

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE